# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137801

PEOPLE OF THE STATE OF MICHGIAN,
      Plaintiff-Appellee,

v

ORLANDO CEPADA EDWARDS,
      Defendant-Appellant.

SC: 137801
COA: 287796
Kalamazoo CC: 06-000907-FH

_____/

On order of the Court, the application for leave to appeal the October 16, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009          _____

                                              Clerk